RALSTON SAMUELS *v.* COMMISSIONER
OF CORRECTION
(AC 32967)

Gruendel, Lavine and Espinosa, Js.

Submitted on briefs October 12—officially released November 20, 2012

Per Curiam. The appeal is dismissed.

EASTERN SAVINGS BANK, FSB *v.* CHRISTOPHER M.
COUGHLIN ET AL.
(AC 33772)

DiPentima, C. J., and Lavine and Foti, Js.

Argued October 22—officially released November 20, 2012

Per Curiam. The judgment is affirmed and the case
is remanded for the purpose of setting a new law day.

STATE OF CONNECTICUT *v.* COREY TURNER
(AC 34401)

Lavine, Sheldon and Peters, Js.

Argued October 31—officially released November 20, 2012

Per Curiam. The judgment is affirmed.